UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATOY I. ANDERSON, | Case No.: 2:18-cv-02418-KJM-KJN |
| Plaintiff, | |
| vs. | |
| PROTAS, SPIVOK & COLLINS, LLC and LVNV FUNDING, LLC, | ORDER GRANTING JOINT MOTION TO EXTEND DEFENDANT LVNV FUNDING, LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAIN |
| Defendants. | |

_____/

Before the Court is the parties' Joint Stipulation to Extend LVNV Funding, LLC's

("Defendant") time to respond to Plaintiff's Complaint.  Good cause appearing, the Court

GRANTS the Motion.

Accordingly, the Court hereby ORDERS that Defendant's time to respond to Plaintiff's

Complaint is extended until October 31, 2018.

IT IS SO ORDERED.

DATED:  October 23, 2018.

_____
UNITED STATES DISTRICT JUDGE

1